**Order issued July 8, 2014 Withdrawn and Order filed July 29, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00514-CR

———————

### PAUL WAYNE HARRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-057904**

---

### ORDER

The Texas Court of Criminal Appeals granted appellant an out-of-time appeal. The clerk's record was filed July 16, 2014. According to the record, the Court of Criminal Appeals issued its mandate on July 7, 2014. Therefore, the reporter's record is due 60 days from that date, or on **September 5, 2014.**

Accordingly, we **WITHDRAW** the order issued July 8, 2014, stating the reporter's record was past due and ordering it filed within 30 days.

PER CURIAM